UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: APPLICATION FOR | : | |
| | : | ss. Hartford, Connecticut |
| SEARCH WARRANTS | : | |
| _____ | : | |

A F F I D A V I T

I, Andrew Tomer, being duly sworn, depose and state as follows:

## I.       INTRODUCTION

1.       I have been a United States Postal Inspection Service (hereinafter "USPIS") Task Force Officer since February 2021.  I am assigned to the Boston Division, working out of Hartford, Connecticut.  I have been a duly sworn police officer for the Meriden Police Department for the last 5 years. Prior to Meriden Police Department I was a duly sworn police officer for the New Haven Police Department for approximately 5 years.  I have participated in numerous investigations of complex drug conspiracies and all stages of illegal narcotics distributions, in violation of 21 U.S.C. §§ 841(a)(1), 843(b) and 846 and violations of the State of Connecticut General Statutes for distribution of illegal narcotics.  I have been the affiant on several search warrant applications which have led to the seizure of significant quantities of illegal narcotics, related paraphernalia, and packaging used in the drug trade.

2.       I am currently assigned to the USPIS sponsored Narcotics and Bulk Cash Trafficking Task Force (herein after "NBCT-TF"), which includes responsibilities for investigating narcotics and illicit proceeds trafficked via the US Mail, along with assaults and robberies of postal employees and robberies and burglaries of postal facilities.  The NBCT-TF

currently consists of seven Postal Inspectors, detectives from the Hartford, New Britain, Meriden, and Groton Police Departments, and a Special Agent from the USPS Office of Inspector General.

3.      Based upon my training and experience, I know that drug trafficking organizations routinely utilize several operational techniques to sustain their illegal enterprise.  These practices are designed and implemented to achieve two paramount goals:  first, the successful facilitation of the organization's illegal activities which consist of the importation and distribution of illegal controlled substances and the subsequent repatriation of the proceeds of that illegal activity; and second, minimization of the exposure of organization members, particularly those operating in management roles, from investigation and prosecution by law enforcement.

4.      I am a law enforcement officer of the United States within the meaning of Title 18 U.S.C. § 3061 and am empowered by law to conduct investigations and make arrests for offenses enumerated in Title 21 U.S.C. §841(a)(1) and other federal offenses.

5.      The information contained in this affidavit is based on my knowledge and experience, the observations I made during the course of this investigation, information conveyed to me by other law enforcement officers, through interviews of witnesses, and the knowledge and experience of my law enforcement colleagues.

6.      Because this affidavit is being submitted for the limited purposes of securing search warrants, I have not included each and every fact known to me concerning this investigation. Rather, it contains those facts I believe to be necessary to establish probable cause for issuance of this search warrant.

7.      Unless stated otherwise:

a.   all communications and other statements of individuals discussed herein are in sum and substance and in pertinent part;

b.   all dates are set forth on or about the approximate date; and

c.   all weights are rounded to the nearest ounce and/or pound and are approximate.

## II.   SUBJECT PARCELS

8.     Based on the information contained in this affidavit, there is probable cause to believe, and I do believe, that Priority Mail parcel displaying USPS Tracking Number 9505 5109 7563 3119 5590 64, addressed to "Carlos J Perez 10 view street Holyoke MA 01040" and a return address of "Edwardo pena 2 calle John F. Kenneddy Adjunta P.R 00601"("SUBJECT PARCEL 1"), contains evidence of the unlawful possession of controlled substances.



9.     On or about April 29, 2023, SUBJECT PARCEL 1 was identified as a parcel possibly containing a controlled substance. SUBJECT PARCEL 1 weighs approximately 6 lbs and 15.80 oz and bears $17.10 in postage.

10.     A review of database records indicates that the delivery address on the SUBJECT PARCEL, "10 view street Holyoke MA 01040" is an actual valid address. A check of the law enforcement database CLEAR, which has proven reliable in previous investigations, showed that "Carlos J Perez" is associated with that address. A check of the law enforcement database CLEAR, which has proven reliable in previous investigations, showed that "Edwardo pena" is not associated with the return address, "2 calle John F. Kenneddy Adjunta P.R 00601".

11.     Based on the information contained in this affidavit, there is probable cause to believe, and I do believe, that Priority Mail parcel displaying USPS Tracking Number 9505 5115 9068 3119 5139 79, addressed to "Jorge A Placeres 187 glen st Apt 2-5 new britain ct 06051" and a return address of "Hector reyes urb. Santa Elena calle Jaguey K-1 Guayanilla P.R 00656"("SUBJECT PARCEL 2"), contains evidence of the unlawful possession of controlled substances.



12.     On or about April 29, 2023, SUBJECT PARCEL 2 was identified as a parcel possibly containing a controlled substance. SUBJECT PARCEL 2 weighs approximately 6 lbs and 12.10 oz and bears $17.10 in postage.

13.     A review of database records indicates that the delivery address on the SUBJECT PARCEL, "187 glen st Apt 2-5 new britain ct 06051" is an actual valid address. A check of the law enforcement database CLEAR, which has proven reliable in previous investigations, showed that "Jorge A Placeres" is not associated with that address. A check of the law enforcement database CLEAR, which has proven reliable in previous investigations, showed that "Hector reyes" is not associated with the return address, "urb. Santa Elena calle Jaguey K-1 Guayanilla P.R 00656".

14.     Based on the information contained in this affidavit, there is probable cause to believe, and I do believe, that Priority Mail parcel displaying USPS Tracking Number 9505 5105 4658 3119 5012 23, addressed to "Luis Lopez 122 willow st Fl. 1 new britain ct. 06051" and a return address of "Pedro Reyes urb. Reparto universidad calle 5 A-83 San German P.R 00683" ("SUBJECT PARCEL 3"), contains evidence of the unlawful possession of controlled substances.



15.     On or about April 29, 2023, SUBJECT PARCEL 3 was identified as a parcel possibly containing a controlled substance. SUBJECT PARCEL 3 weighs approximately 8 lbs and 1.2 oz and bears $17.10 in postage.

16.     A review of database records indicates that the delivery address on the SUBJECT PARCEL, "122 willow st Fl. 1 new britain ct. 06051" is an actual valid address. A check of the law enforcement database CLEAR, which has proven reliable in previous investigations, showed that "Luis Lopez" is associated with that address. A check of the law enforcement database CLEAR, which has proven reliable in previous investigations, showed that "Pedro Reyes" is not associated with the return address, "urb. Reparto universidad calle 5 A-83 San German P.R 00683".

17.     Based on the information contained in this affidavit, there is probable cause to believe, and I do believe, that Priority Mail parcel displaying USPS Tracking Number 9505 5162

0943 3117 0704 11, addressed to "Jose Rodriguez 134 connecticut ave new britain ct 06051" and

a return address of "Andres perez urb. Puerto nuevo calle Atenas 369 san Juan P.R 00920"

("SUBJECT PARCEL 4"), contains evidence of the unlawful possession of controlled substances.



18.    On or about April 27, 2023, SUBJECT PARCEL 4 was identified as a parcel

possibly containing a controlled substance. SUBJECT PARCEL 4 weighs approximately 7 lbs and

4.4 oz and bears $17.10 in postage.

19.    A review of database records indicates that the delivery address on the SUBJECT

PARCEL, "134 connecticut ave new britain ct 06051" is an actual valid address. A check of the

law enforcement database CLEAR, which has proven reliable in previous investigations, showed

that "Jose Rodriguez" is not associated with that address. A check of the law enforcement database

CLEAR, which has proven reliable in previous investigations, showed that "Andres perez" is not associated with the return address, "urb. Puerto nuevo calle Atenas 369 san Juan P.R 00920".

20.     On May 2, 2023, the SUBJECT PARCELS were examined by a trained narcotics detection canine.  The canine is a five (5) year-old all black German Shepherd named Riggs. Riggs is assigned to Officer Mark Martocci of the Plainville, CT Police Department. Riggs was first certified in March of 2020 and was last recertified in May of 2022. Riggs is certified in the detection of cocaine, crack cocaine, heroin, and methamphetamines. Riggs receives bi-weekly in-service training sessions in the detection of narcotics. Officer Martocci and Riggs also train daily on all of the odors that Riggs is trained to detect.

21.     Each SUBJECT PARCEL was placed among four other similarly sized parcels prior to the handler arriving.  Upon examination of the parcels, the canine handler informed me that the canine alerted to each SUBJECT PARCEL.  The handler and canine left the area. The parcels, including each SUBJECT PARCEL were rearranged in different positions on the floor. The handler and canine were called in again.  The canine handler informed me that the canine alerted to each SUBJECT PARCEL once again.

22.     Based on the above, there is probable cause to believe, and I do believe, that located within the SUBJECT PARCELS, is evidence of a controlled substance offense, in violation of Title 21, United States Code, Sections 841(a)(1) (possession with intent to distribute and distribution of illegal narcotics), 844 (possession of illegal narcotics), and 846 (conspiracy to violate federal narcotics laws).  The SUBJECT PARCELS are presently in the custody of the U.S. Postal Inspection Service located at the 141 Weston Street, Hartford, CT 06101.

## III.     CONCLUSION

23.      WHEREFORE, I respectfully request that search warrants be issued to search the

SUBJECT PARCELS for evidence of illegal narcotics and narcotics proceeds, and for any and all

documents or other materials containing evidence of the participants in, and methods and plans of

conducting, the suspected narcotics trafficking.


_____
ANDREW TOMER
USPIS TASK FORCE OFFICER


Subscribed and sworn to before me by telephone this \_\_\_\_ day of May, 2023.


_____
HONORABLE THOMAS O. FARRISH
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A-1

### Property to Be Searched

Priority Mail parcel displaying USPS Tracking Number 9505 5109 7563 3119 5590 64, addressed to "Carlos J Perez 10 view street Holyoke MA 01040" and a return address of "Edwardo pena 2 calle John F. Kenneddy Ajunta P.R 00601" is currently in the custody of the U.S. Postal Inspection Service located at 141 Weston St., Hartford CT, 06101.



## ATTACHMENT A-2

### Property to Be Searched

Priority Mail parcel displaying USPS Tracking Number 9505 5115 9068 3119 5139 79, addressed to "Jorge A Placeres 187 glen st Apt 2-5 new britain ct 06051" and a return address of "Hector reyes urb. Santa Elena calle Jaguey K-1 Guayanilla P.R 00656" is currently in the custody of the U.S. Postal Inspection Service located at 141 Weston St., Hartford CT, 06101.



11

## ATTACHMENT A-3

### Property to Be Searched

Priority Mail parcel displaying USPS Tracking Number 9505 5105 4658 3119 5012 23, addressed to "Luis Lopez 122 willow st Fl. 1 new britain ct. 06051" and a return address of "Pedro Reyes urb. Reparto universidad calle 5 A-83 San German P.R 00683" is currently in the custody of the U.S. Postal Inspection Service located at 141 Weston St., Hartford CT, 06101.



## ATTACHMENT A-4

### Property to Be Searched

Priority Mail parcel displaying USPS Tracking Number 9505 5162 0943 3117 0704 11, addressed to "Jose Rodriguez 134 connecticut ave new britain ct 06051" and a return address of "Andres perez urb. Puerto nuevo calle Atenas 369 san Juan P.R 00920"



13

## ATTACHMENT B

### Particular Things to be Seized

Evidence, fruits, contraband, and instrumentalities of violations of 21 U.S.C. §§ 841(a), 844, and 846 including United States currency and narcotics.